## UNITED STATES DISTRICT COURT     JS-6
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 20-00599-DOC-DFM            Date: June 18, 2020

Title: JIM BANKS v. FCA US, LLC ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING COMPLAINT**

       On June 6, 2020, the Court issues a Minute Order (Dkt. 16) dismissing Plaintiff's Complaint without prejudice. Plaintiff was given until June 15, 2020 to file an amended complaint. As Plaintiff did not file an amended complaint by the deadline, the Court now REMANDS this action to the Superior Court of California, County of Orange.

       The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kd

CIVIL-GEN